COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Brandon Eugene Wilson v. The State of Texas

Appellate case number:   01-13-00048-CR

Trial court case number:  1372430

Trial court:             178th District Court of Harris County

      The clerk's record and reporter's record have been filed in this Court.  The Court **orders** appellant to file a brief by January 29, 2013.  *See* TEX. R. APP. P. 31.1.

      It is so ORDERED.


Judge's signature: /s/ <u>Justice Michael Massengale</u>
        ☑ Acting individually     ☐ Acting for the Court


Date:  January 22, 2013